IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES DARNELL SMITH,

    Petitioner,                   2:00-cv-0874-GEB-DAD-P

    vs.

GAIL LEWIS, et al.,

    Respondents.          <u>ORDER</u>

                              /

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 27, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Respondent has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 27, 2007, are adopted in full; and

2. Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2254 is granted on petitioner's due process claims and petitioner is ordered released forthwith.

Dated: September 6, 2007

GARLAND E. BURRELL, JR.
United States District Judge